IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SEONG HO HWANG, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:16-CV-502-KFP |
| | ) |
| BRENT GLADDEN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Joint Motion for Continuance of Trial and Extension of Pretrial Deadlines (Doc. 179), it is

ORDERED that the motion is GRANTED. The pretrial conference set for January 20, 2021, and the trial set for February 22, 2021, are continued. The pretrial deadlines imposed by the Third Amended Uniform Scheduling Order are extended by 45 days from the date the Court rules on the pending summary judgment motions.

DONE this 7th day of January, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE